```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 04 B 23566
    LAURA B RODGERS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-2408

---------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 06/22/2004 and was confirmed 12/15/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 08/25/2008.
---------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
---------------------------------------------------------------------------
SOUTHSIDE AUTO SALES      SECURED             725.00         20.35         725.00
SOUTHSIDE AUTO SALES      UNSECURED         NOT FILED          .00            .00
CARD SERVICE CENTER       UNSECURED           4964.32          .00         496.43
CHECK INTO CASH           UNSECURED         NOT FILED          .00            .00
CHICAGO CENTRAL EP        UNSECURED             25.20          .00           2.52
FIRST CONSUMERS NB        UNSECURED           2597.62          .00         259.76
ISAC                      UNSECURED           5103.67          .00         510.37
ISAC                      NOTICE ONLY       NOT FILED          .00            .00
JEWEL                     UNSECURED         NOT FILED          .00            .00
PREMIUM MARKETING SYSTEM  UNSECURED            157.50          .00          15.75
RESURGENT ACQUISITION LL  UNSECURED           2143.12          .00         214.31
SAFEWAY INC               UNSECURED         NOT FILED          .00            .00
ECAST SETTLEMENT CORP     UNSECURED           2373.76          .00         237.38
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY         2,355.20                   2,355.20
TOM VAUGHN                TRUSTEE                                          302.45
DEBTOR REFUND             REFUND                                           140.48

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                 5,280.00

PRIORITY                                              .00
SECURED                                            725.00
    INTEREST                                        20.35
UNSECURED                                        1,736.52
ADMINISTRATIVE                                   2,355.20
TRUSTEE COMPENSATION                               302.45
DEBTOR REFUND                                      140.48
                        ---------------       ---------------
TOTALS                     5,280.00              5,280.00

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 23566 LAURA B RODGERS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                /s/ Tom Vaughn
Dated: 11/20/08                 _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
      CASE NO. 04 B 23566 LAURA B RODGERS
```